# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| T'LANI ROBINSON, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>ADTALEM GLOBAL EDUCATION INC., formerly known as DEVRY EDUCATION GROUP, INC., a Delaware Corporation, DEVRY UNIVERSITY, INC., a Delaware corporation,<br><br>*Defendants*. | Civil Action No.:<br><br>1:19-cv-01505-TWT |

## ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO SET TIME FOR DEFENDANTS TO ANSWER THE SURVIVING CLAIMS IN PLAINTIFF'S CLASS ACTION COMPLAINT

Upon the Defendants' unopposed motion and for good cause, pursuant to Federal Rule of Civil Procedure 6(b), the Court hereby orders that the deadline for Defendants to file their Answer to any of Plaintiff's claims which were not dismissed by the Order dated November 25, 2019 [Dkt. 28] is fourteen (14) days after this Court rules upon any motion to dismiss any amended complaint filed pursuant to that order.

SO ORDERED this \_\_\_\_ day of December, 2019.

_____
HON. THOMAS W. THRASH, JR.
Chief Judge, United States District Court