IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| T'LANI ROBINSON, individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>ADTALEM GLOBAL EDUCATION, INC., formerly known as DEVRY EDUCATION GROUP, INC., a Delaware corporation, DEVRY UNIVERSITY, INC., a Delaware corporation,<br><br>*Defendants.* | Case No.: 1:19-cv-01505-TWT |

**STIPULATION OF VOLUNTARY DISMISSAL**
***WITHOUT PREJUDICE* PURSUANT TO RULE 41(a)(1)(A)(ii)**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff T'Lani Robinson and Defendants Adtalem Global Education Inc., and DeVry University, Inc., by and through their undersigned counsel, hereby stipulate and agree to the dismissal of the claims in this case *without prejudice*, with each party to bear their own attorneys' fees and costs.

Dated: May 12, 2020

Respectfully submitted,

**T'LANI ROBINSON**, individually and on behalf of all others similarly situated,

By: /s/ Jen Auer Jordan
 One of Plaintiff's Attorneys

Jen Auer Jordan (Bar No. 027857)
jordan@sjwtriallaw.com
SHAMP JORDAN & WOODWARD LLC
1718 Peachtree Street NW, Ste. 660
Atlanta, Georgia 30309
Tel.: 404.893.9400
Fax: 404.260.4180

Benjamin H. Richman (*pro hac vice*)
brichman@edelson.com
Michael W. Ovca (*pro hac vice*)
movca@edelson.com
EDELSON PC
350 North LaSalle Street, 14th Floor
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

Robert L. Teel (*pro hac vice*)
lawoffice@rlteel.com
LAW OFFICE OF ROBERT L. TEEL
1425 Broadway, Mail Code 20-6690
Seattle, Washington 98122
Tel: 866.833.5529
Fax: 855.609.6911

Respectfully submitted,

**ADTALEM GLOBAL EDUCATION INC.** and **DEVRY UNIVERSITY, INC.**,

By: /s/ Joseph C. Sharp
 One of Defendants' Attorneys

Joseph C. Sharp
POLSINELLI PC
1201 West Peachtree Street, NW
Suite 1100
Atlanta, Georgia 30309
Tel: 404.253.6028
jsharp@polsinelli.com

Patricia B. Palacios (*pro hac vice*)
STEPTOE & JOHNSON LLP
1330 Connecticut Ave. NW
Washington D.C. 20036
Tel: 202.429.3000
Fax: 202.429.3902
ppalacios@steptoe.com

William R. Andrichik (*pro hac vice*)
STEPTOE & JOHNSON LLP
115 S. LaSalle St., Suite 3100
Chicago, Illinois 60603
Tel: 312.577.1265
Fax: 312.577.1370
wandrichik@steptoe.com

3

## CERTIFICATE OF SERVICE

I hereby certify that on May 12, 2020, a copy of the foregoing was filed with this Court via its CM/ECF service, which will send notification of such filing to all counsel of record.

/s/ Jen Auer Jordan